Circuit Court for Baltimore City
Case No. 24-C-06-009911
Argued: 3/7/14
Reargued 5/6/14

IN THE COURT OF APPEALS OF MARYLAND

No. 105

September Term, 2013

BEN C. CLYBURN, et al.

v.

QUINTON RICHMOND, et al.

Barbera, C.J.
Harrell
Battaglia
Greene
Adkins
McDonald
Watts,

JJ.

ORDER

Filed: May 28, 2014

BEN C. CLYBURN, et al.      *      In the

                         *      Court of Appeals

    v.

                         *      of Maryland

                         *      No. 105

QUINTON RICHMOND, et al.      *      September Term, 2013

## O R D E R

The Court having issued a temporary stay in the above entitled case until 4:30 p.m. on March 11, 2014, and thereafter extended the temporary stay to 4:30 p.m. on June 5, 2014; and, considering that the Court, on May 27, 2014, adopted the Rules Committee's proposal in its 183rd Report (as amended), which contained Rules amendments designed to implement the requirements of the Court's opinion in DeWolfe v. Richmond, 434 Md. 444 (2013), it is this  28th  day of May 2014

ORDERED, by the Court of Appeals of Maryland, that the temporary stay of the injunction issued in this matter by the Circuit Court for Baltimore City on January 10, 2014 (as amended by Order of January 13, 2014) be, and the same is hereby, extended from 4:30 p.m. on June 5, 2014, to 7:59 a.m. on July 1, 2014; and it is further

ORDERED that the aforesaid stay and injunction shall be vacated as of 8:00 a.m. on July 1, 2014, without further order of the Court.

                                              /s/ Mary Ellen Barbera

                                                 Chief Judge